**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSEPH MERO,

    Plaintiff,

v.

UNITED STATES FIGURE SKATING
ASSOCIATION,

    Defendant.

Case No.: 05-CV-73069

Honorable George Caram Steeh

| | |
|---|---|
| Anthony L. Lanza<br>Lewis T. Mann, III<br>LANZA & GOOLSBY<br>Attorneys for Plaintiff<br>3 Park Plaza, Suite 1650<br>Irvine, CA  92614-0490<br>(949) 221-0490<br><br>MEDIASPORTSCOM P.C.<br>Kimberly M. Kirby<br>3 Park Plaza, Suite 1650<br>Irvin, CA  92614-0490<br>(949) 679-5911 | Charles S. Mishkind (P32346)<br>George D. Mesritz (P27866)<br>MILLER, CANFIELD, PADDOCK<br>  AND STONE, P.L.C.<br>Attorneys for Defendant<br>99 Monroe Avenue, N.W., Ste. 1200<br>Grand Rapids, MI  49503<br>(616) 454-8656<br><br>and<br><br>KLINEDINST PC<br>Neil Gunny (76639)<br>Diyari Vazquez (222461)<br>Natalie Vance (206708)<br>777 South Figueroa Street, Suite 4700<br>Los Angeles, CA  90017<br>(213) 607-2115 |

## NOTICE OF APPEARANCE

TO THE CLERK OF SAID COURT:

    NOW COMES Miller, Canfield, Paddock and Stone, P.L.C., by attorney George D. Mesritz, and hereby enters his appearance for Defendant United States Figure Skating Association in the above-captioned matter.

                                  s/George D. Mesritz (P27866)
                                  Miller, Canfield, Paddock and Stone, P.L.C.
                                  Attorney for Defendant United States Figure Skating Association
                                  150 West Jefferson, Suite 2500

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        Detroit, MI  48226
        (313) 963-6420
        mesritz@millercanfield.com
        P27866

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2005, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  James R. Bruinsma, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

    Kimberly M. Kirby
    Mediasportscom, P.C.
    Three Park Plaza, Ste. 1650
    Irvine, CA  92614-0490

    Anthony L. Lanza
    Lewis T. Mann
    Lanza & Goolsby
    3 Park Plaza, Suite 1650
    Irvine, CA  92614

    Neil Gunny
    Diyari Vazquez
    Natalie Vance
    KLINEDINST PC
    777 South Figueroa Street, Suite 4700
    Los Angeles, CA  90017

        s/George D. Mesritz (P27866)
        Miller, Canfield, Paddock and Stone, P.L.C.
        Attorney for Defendant United States Figure Skating Association
        150 West Jefferson, Suite 2500
        Detroit, MI  48226
        (313) 963-6420
        mesritz@millercanfield.com
        P27866

GRLIB:484504.1\016321-00050

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.